**FILED**
October 23, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Myrna Gallegos_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| vs. | § NO: EP:25-CR-02512(1)-KC |
| | § |
| (1) CARLOS LEOPOLDO ALVELAIS | § |
| | § |

## WAIVER

**(1) CARLOS LEOPOLDO ALVELAIS**, Defendant herein, having been advised as to the nature of the charges against the Defendant, and of Defendant's rights, hereby waives in open Court prosecution by Indictment and consents that the proceedings may be by Information and hereby acknowledges that the Defendant has been given a copy of said Information before being called upon to plead.

_____       October 23, 2025
(1) CARLOS LEOPOLDO ALVELAIS       Date
Defendant

_____
Alejandro Ballesteros
Attorney for Defendant