# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

**UNITED STATES OF AMERICA**

**vs.**  CAUSE NO. EP:25-CR-2512(1)-KC

**CARLOS LEOPOLDO ALVELAIS,**

    **Defendant.**
_____/

## NOTICE OF NON-OPPOSITION
## TO DEFENDANT'S MOTION TO RECONSIDER CONDITIONS OF RELEASE

    The United States of America, through undersigned counsel, respectfully submits this Notice of Non-Opposition to Defendant Carlos Leopoldo Alvelais' Agreed Motion to Reconsider Conditions of Release, filed on November 5, 2025 (ECF No. 26). The United States does not oppose the requested modifications.

    Respectfully submitted,

_____
DEBRA KANOF
Assistant United States Attorney
CONNOR MULLIN
U.S. Department of Justice
1400 New York Avenue NW
Washington, DC 20530
Tel: (202) 993-4828
connor.mullin2@usdoj.gov

*Counsel for the United States*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via CM/ECF on November 12, 2025, and therefore on all counsel of record.

                /s/ *Connor Mullin*
                Connor Mullin
                Trial Attorney